**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 2:19-cv-03634 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Jolson |
| **RONALD E. SCHERER, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

### ORDER

This matter is before the Court on Defendant Ronald E. Scherer's Motion for a Settlement Conference. Doc. 61. The parties have already submitted multiple motions for summary judgment which, if granted, would resolve this case. The Court, therefore, declines to order a settlement conference at this time. Accordingly, Defendant's Motion [#61] is **DENIED**. If appropriate, the Court will include a date for a settlement conference within the case Scheduling Order.

**IT IS SO ORDERED.**

                                                   **ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: May 12, 2020**