IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 2:19-cv-03634 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Jolson |
| **RONALD E. SCHERER, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

**ORDER**

This matter is before the Court on Defendant Ronald E. Scherer's Motion to Strike the Government's Motion for Summary Judgment. Doc. 81. Defendant contends that the Government's Motion exceeds the permissible page length and fails "to disclose to the Court the Governments (sic) own evidence and knowledge that everything the Government is claiming (most not advanced accurately) is void ab initio taking place after December of 1983." *See* Doc. 81 at 4.

It is unclear the basis upon which Defendant argues that the Government exceeded the permissible page limit for its Motion. This Court's local rules provide that the Court "prefers that memoranda in support of or in opposition to any motion or application to the Court not exceed twenty pages." S.D. Ohio LR 7.2(a)(3). The local rules then provide instructions for parties to follow if their briefs exceed twenty pages. *Id.* ("In all cases in which memoranda exceed twenty pages, counsel shall include a combined table of contents and a succinct, clear, and accurate summary, not to exceed five pages, indicating the main sections of the memorandum and the principal arguments and citations to primary authority made in each section, as well as the pages on which each section and any sub-sections may be found."). Here, the Government's

memorandum in support of its Motion for Summary Judgment is only twenty pages. Defendant's argument, therefore, lacks merit.

Similarly, to the extent Defendant challenges the way the Government frames the evidence in its Motion for Summary Judgment, Defendant has had the opportunity to present his own evidence in his responsive brief. Accordingly, Defendant's Motion to Strike the Government's Motion for Summary Judgment [#81] is **DENIED**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: May 12, 2020**