IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | Case No. 2:19-cv-03634 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| **RONALD E. SCHERER,** *et al.*, : | Magistrate Judge Kimberly A. Jolson |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before this Court on Plaintiff's Motion for Disbursement of Funds from the Court Registry for Payment of Receiver's Counsel's Attorney's Fees. (ECF No. 257). On October 12, 2023, this Court granted the Government's request for permission to incur additional attorney's fees, up to $40,000 more than previously approved. (ECF No. 253). The fees were structured such that if the sale was successful, they would be credited against Mr. Scherer's liabilities to the Government. The sale was successful, and the Government now seeks $22,300, an amount substantially lower than the amount already approved. (ECF No. 259).

Seeing that the disbursement will not disadvantage Mr. Scherer in any way, and for good cause shown, the Government's Motion (ECF No. 259) is **GRANTED,** and the Clerk's Office is **ORDERED** to disburse $22,300 from the Court's Registry to Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for the Receiver, for payment of the balance of attorney's fees and costs incurred through December 14, 2023.

The disbursement from the Court's registry in this case shall be made by check payable to Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, and the check shall be mailed to the following address:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attn: Kathryn MacGregor, Esq.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450

**IT IS SO ORDERED.**

                                                    _____
                                                    **ALGENON L. MARBLEY**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  January 16, 2024**